# Court of Appeals
# of the State of Georgia

ATLANTA, December 18, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0411. IN THE INTEREST OF A. H. M., A CHILD.**

The Appellee, the State of Georgia, has moved this Court for an order dismissing the instant appeal. This Court granted the Appellant an extension of time to file an appellate brief in this matter until November 28, 2012. The Appellant, however, has failed to timely file a brief and enumeration of error as required by Court of Appeals Rule 23 (a). Consequently, we hereby grant the Appellee's motion and this appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/18/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*